IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

TYRONE B. GREEN,

    Plaintiff,

v.

DOUGLAS POLICE DEPARTMENT;
ROBERT L. SPRINKLE; BRITTANY
BRIDGES; WOODROW BURKHALTER;
DR. JEROME PERKINS; MARK LNUK,
Verizon Wireless Operator; and VERIZON
WIRELESS CELL PHONE COMPANY,

    Defendants.

CIVIL ACTION NO.: CV514-024

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is barred by the applicable statute of limitations, and it is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 23 day of July, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA